**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-7654

---

WILLIAM D. CHAMBERS,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; MICHAEL MOORE,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Florence.  Patrick Michael Duffy, District Judge.  (CA-97-2712-4-23BE)

---

Submitted:  March 11, 1999          Decided:  March 18, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

William D. Chambers, Appellant Pro Se.  Donald John Zelenka, Chief Deputy Attorney General, Lauri J. Soles, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William D. Chambers seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Chambers v. South Carolina, No. CA-97-2712-4-23BE (D.S.C. Sept. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2